DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BGC PARTNERS, LLC,**
Appellant,

v.

**GALAXIE6, LLC,**
Appellee.

No. 4D21-2294

[June 23, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. CACE19-008476.

Mark S. Roher of Law Office of Mark S. Roher, P.A., Pembroke Pines, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and ARTAU, JJ., concur.

*		*		*

***Not final until disposition of timely filed motion for rehearing.***